US Court Federal Claims
Washington, D.C

R Wayne Johnson

*

US

* Cause 08-318C

United States -

Notice of Appeal TO
Court of Appeals
OF Veteran Claims

1. Appeal is hereby GIVEN to the Court Veteran Claims - 625 Indiana Ave NW, Suite 900, Washington, D.C 20004-2950 - ENTERED July 18, 2008

2. Court is in Constitutional ERROR - due to MLB, 117SCt 555-563 - "In civil context, if the right is fundamental, the fees are to Be waived" Access to courts is fundamental. Woodford, 126SCt 2378

3. Reliance, then, on In Re Simham, 498 US 177, is in ERROR, - due to MLB.

4. In addition, Select Serv, 104 SCt 3348-3365 Quoting Garrety, 87 SCt 616-20 -

"There are rights of constitutional stature whose exercise the Government cannot condition By the EXACTION of a price. Asserting First Amend is one."

5 Courts reliance on 28 USC 1915(h) is misplaced entirely. (Please cite Supreme Court number for 498 US 177 - and the published "cite" for this case - he has NO hard BACKS to Get there - he's in Admin Seg - AND - Kran, 409 US 434 - 410 US 656 cited By court. Greatly appreciated Sir!)

6 The court laid to "rest" - the statutory vs US Sup Ct cases dilemma in Dickerson 120 SCt 2326-2332 (18 USC 3501 at issue)

" Congress cannot Legislatively (Separation of Powers in mind) supersede our decisions interpreting and app-

lying the constitution" - Used statute in UN-constitutional "attempt" to OVERrule "Miranda" - NO can do.

7. Thus 1915(5) is Unconstitutional - Separation of Powers" - as it - Congress tried to Supercede

1. MCB, 117Sct 555-63 -
2. Marbury 1 Cranch 137
3. Garrity 87Sct 616 (1967)
4. Murdock 63SCt 870 (1934-43)

8. " Constitution requires Judges to disregard any legislative act, EVEN of Congress Itself, that is repugnant to the constitution," 120Sct at 2338 — Marbury 1 Cranch 137 - Been law, still Law NOW. Sorry sir, you're in last place! Per -

120 Sct at 2332 "Congress cannot Legislatively supersede our decisions interpreting & applying the CONSTITUTION" *Neither can this court! Casey 112Sct 2791 - "we are court making LAW for NATION," (NOT - this court OR Congress!

lying the constitution" - Used statute in UN-constitutional "attempt" to OVERRULE "Miranda" - NO can do.

7. Thus 1915(s) is Unconstitutional - Separation of Powers" - as it - Congress tried to supersede

1. MCB, 117Sct 555-63 -
2. Marbury 1 Cranch 137
3. Garrity 87Sct 616 (1967)
4. Murdoch 63Sct 870 (1934-43)

8. " Constitution requires Judges to disregard any legislative act, EVEN of Congress itself, that is repugnant to the constitution," 120Sct at 2338 — Marbury 1 Cranch 137 - Been law, still law NOW. Sorry sir, you're in last place! Per -

120 Sct at 2332 "Congress cannot legislatively supersede our decisions interpreting & applying the CONSTITUTION"
*Neither can this court!
Casey 112Sct 2791 - "we are court making LAW for NATION" (NOT - this court OR Congress!